# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0051.  ALLEN v. THE STATE.**

Upon consideration of Appellant's Emergency Motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/18/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen